IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BOYCE PRICE                                                    PLAINTIFF

    v.                         No. 05-6087

DREAM YOUNG, Administrator,
Ouachita River Correctional
Unit Infirmary; and DR. JONAK,
Ouachita River Correctional
Unit Infirmary                                                DEFENDANTS

## O R D E R

Now on this 2nd day of June 2006, there comes on for consideration the report and recommendation filed herein on May 16, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 22). No objections to the report and recommendation have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the motion to dismiss filed by Separate Defendant Dream Redic-Young (Doc. 16) is GRANTED. Therefore, Plaintiff's Complaint is dismissed for failure to exhaust his administrative remedies.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge